1  Carolyn D. Phillips   #103045
2  Attorney at Law
   P. O. Box 5622
   Fresno, California 93755-5622
3  559/248-9833

4  Attorney for defendant Robert Owen

5

6  IN THE UNITED STATES DISTRICT COURT IN AND FOR

7  THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   Case Nos. 06-mj-0095
                                      )             06-mj-0139   WMW
10                                    )
                                      )   STIPULATION TO CONTINUE STATUS
11         Plaintiff,                 )   CONFERENCE HEARING, AND ORDER
                                      )   THEREON
12  v.                                )
                                      )   Date: January 23, 2007
13  ROBERT OWEN,                      )   Time: 10 a.m.
                                      )   Judge W. M. Wunderlich
14         Defendant.                 )
    _____)

15
       IT IS HEREBY STIPULATED by and between the parties hereto, and through
16
their respective attorneys of record herein, that the Status Conference Hearing, in the
17
above captioned matter, scheduled for December 5, 2006 may be continued to
18
January 23, 2007 at 10:00 a.m.
19
       The parties agree that the delay resulting from the continuance shall be
20
excluded in the interests of justice, including but not limited to, the need for the
21
period of time set forth herein for further defense preparation pursuant to 18 U.S.C.
22

23
*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
*U. S. v. Robert Owen, Case No. 06-mj-0095 and 06-mj-0139 WMW*                    1

| | |
|---|---|
| §3161(h)(8)(A). | |
| Dated: December 4, 2006 | Respectfully submitted, |
| | /s/ Carolyn D. Phillips<br>CAROLYN D. PHILLIPS<br>Attorney for Robert Owen |
| Dated: December 4, 2006 | NATIONAL PARK SERVICE |
| | /s/ Elizabeth Waldow<br>Elizabeth Waldow<br>National Park Service |
| | ORDER |
| IT IS SO ORDERED.<br>Dated: 12-5-06 | _____<br>HON. WILLIAM M. WUNDERLICH<br>UNITED STATES MAGISTRATE JUDGE |

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
*U. S. v. Robert Owen, Case No. 06-mj-0095 and 06-mj-0139 WMW*

2